JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment, Inc., | NO. CV 11-05895 SJO (SPx) |
| Plaintiff, | |
| | **JUDGMENT** |
| v. | |
| Lisa Vega; Cindy Vega, | |
| Defendants. | |

This action came before the Court on Plaintiff Warner Bros. Entertainment, Inc.'s ("Plaintiff") Motion for Default Judgment against Defendants Lisa Vega and Cindy Vega. Having carefully considered all the pleadings, documentary evidence, and arguments,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That judgment be entered in favor of Plaintiff on its claim for copyright infringement.

2. Defendants and all of Defendants' agents, servants, employees, officers, associates, attorneys, and all persons acting by, through, or in concert with any of them, are permanently enjoined from:

(a)      infringing Plaintiff's Copyrights, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, reproducing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Copyrights;

(b)      engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff; and

(c)      affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

3.      In order to give practical effect to the Permanent Injunction, the following domain names are hereby ordered to be immediately transferred by the Defendants, their assignees and/or successors-in-interest or title, and/or the Registrar to Plaintiff's control:

(a)      www.crazy4cartoons.com;

(b)      www.betoonedin.com;

(c)      www.crazy4-cartoons.com;

(d)      www.crazy-4cartoons.com;

(e)      www.crazy-4-cartoons.com;

(f)      www.toonmein.net;

(g)      www.toons4us.net;

(h)      www.toonsrus.net; and

(i)      www.be-toonedin.com.

To the extent the current Registrar does not facilitate the transfer of the domain name to Plaintiff's control within ten (10) days of receipt of this judgment, the U.S.-based Registry shall,

within thirty (30) days, transfer the domain names to a U.S.-based Registrar of Plaintiff's choosing, and that Registrar shall transfer the domain names to Plaintiff.

4.      Plaintiff is awarded statutory damages of $780,000 pursuant to 17 U.S.C. § 504(c), post-judgment interest on this amount pursuant to 28 U.S.C. § 1961(a), and attorneys' fees in the amount of $19,200.

IT IS SO ADJUDGED.


Dated: March 29, 2012.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE