1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10
11
12   Warner Bros. Entertainment, Inc.,      )   NO. CV 11-05895 SJO (SPx)
                                            )
13                       Plaintiff,         )
                                            )
14                                          )   **AMENDED JUDGMENT**
                                            )
15               v.                         )
                                            )
16   Lisa Vega; Cindy Vega,                 )
                                            )
17                                          )
                         Defendants.        )
18   _____)
19
20       This action came before the Court on Plaintiff Warner Bros. Entertainment, Inc.'s
21   ("Plaintiff") Motion for Default Judgment against Defendants Lisa Vega and Cindy Vega.  Having
22   carefully considered all the pleadings, documentary evidence, and arguments,
23       IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
24   1.  That judgment be entered in favor of Plaintiff on its claim for copyright infringement.
25   2.  Defendants and all of Defendants' agents, servants, employees, officers, associates,
26       attorneys, and all persons acting by, through, or in concert with any of them, are
27       permanently enjoined from:
28

1  (a) infringing copyrights owned by Plaintiff that are listed in Exhibit A of this Judgment ("Plaintiff's Copyrights"), either directly or contributorily, in any manner, including generally, but not limited to manufacturing, reproducing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Copyrights;

(b) engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff; and

(c) affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

3. In order to give practical effect to the Permanent Injunction, the following domain names are hereby ordered to be immediately transferred by the Defendants, their assignees and/or successors-in-interest or title, and/or the Registrar to Plaintiff's control:

(a) www.crazy4cartoons.com;
(b) www.betoonedin.com;
(c) www.crazy4-cartoons.com;
(d) www.crazy-4cartoons.com;
(e) www.crazy-4-cartoons.com;
(f) www.toonmein.net;
(g) www.toons4us.net;
(h) www.toonsrus.net; and
(i) www.be-toonedin.com.

To the extent the current Registrar does not facilitate the transfer of the domain name to Plaintiff's control within ten (10) days of receipt of this judgment, the U.S.-based Registry shall,

1  within thirty (30) days, transfer the domain names to a U.S.-based Registrar of Plaintiff's choosing,
2  and that Registrar shall transfer the domain names to Plaintiff.
3  4.      Plaintiff is awarded statutory damages of $780,000 pursuant to 17 U.S.C. § 504(c),
4  post-judgment interest on this amount pursuant to 28 U.S.C. § 1961(a), and attorneys' fees in the
5  amount of $19,200.
6          IT IS SO ADJUDGED.

8  Dated this 5th day of April, 2012.

                                    *S. James Otero*

                                    _____
                                    S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE

# EXHIBIT "A"
## Copyright Registrations

| Copyright Registration Number: | Title of Work: | Copyright Owner: |
|---|---|---|
| RE0000846361 | Goober and the Ghost Chasers: Brush Up Your Shakespeare | Warner Bros. Entertainment Inc. |
| RE0000846377 | Goober and the Ghost Chasers: Assignment, The Ahaab Apparition | Warner Bros. Entertainment Inc. |
| RE0000846362 | Goober and the Ghost Chasers: The Galloping Ghost | Warner Bros. Entertainment Inc. |
| RE0000846363 | Goober and the Ghost Chasers: Singing Ghost, The | Warner Bros. Entertainment Inc. |
| RE0000846364 | Goober and the Ghost Chasers: The Ghost Ship | Warner Bros. Entertainment Inc. |
| RE0000846365 | Goober and the Ghost Chasers: Mummy Knows Best | Warner Bros. Entertainment Inc. |
| RE0000846366 | Goober and the Ghost Chasers: Haunted Wax Museum, The | Warner Bros. Entertainment Inc. |
| RE0000846367 | Goober and the Ghost Chasers: Aloha, Ghost | Warner Bros. Entertainment Inc. |
| RE0000846369 | Goober and the Ghost Chasers: Wicked Witch Dog, The | Warner Bros. Entertainment Inc. |
| RE0000846370 | Goober and the Ghost Chasers: A Hard Day's Knight | Warner Bros. Entertainment Inc. |
| RE0000846371 | Goober and the Ghost Chasers: Go West, Young Ghost, Go West | Warner Bros. Entertainment Inc. |
| RE0000846372 | Goober and the Ghost Chasers: That Snow Ghost | Warner Bros. Entertainment Inc. |
| RE0000846373 | Goober and the Ghost Chasers: Venice, Anyone? | Warner Bros. Entertainment Inc. |
| RE0000846374 | Goober and the Ghost Chasers: Is Sherlock Holme? | Warner Bros. Entertainment Inc. |
| RE0000846375 | Goober and the Ghost Chasers: Inca Dinka Doo | Warner Bros. Entertainment Inc. |

# EXHIBIT "A"
## Copyright Registrations

| | | |
|---|---|---|
| RE0000846376 | Goober and the Ghost Chasers: Old Macdonald Had A Ghost | Warner Bros. Entertainment Inc. |
| RE0000505532 | Touche Turtle and Dum Dum: Dilly of a Lilly | Warner Bros. Entertainment Inc. |
| RE0000505533 | Touche Turtle and Dum Dum: Missing Missile | Warner Bros. Entertainment Inc. |
| RE0000505534 | Touche Turtle and Dum Dum: Lake Serpent | Warner Bros. Entertainment Inc. |
| RE0000505535 | Touche Turtle and Dum Dum: You Bug Me | Warner Bros. Entertainment Inc. |
| RE0000505536 | Touche Turtle and Dum Dum: Roll-a-ghoster | Warner Bros. Entertainment Inc. |
| RE0000505537 | Touche Turtle and Dum Dum: Giant Double-Header | Warner Bros. Entertainment Inc. |
| RE0000505502 | Touche Turtle and Dum Dum: Loser Takes All | Warner Bros. Entertainment Inc. |
| RE0000505501 | Touche Turtle and Dum Dum: Takes Two To Tangle | Warner Bros. Entertainment Inc. |
| RE000505500 | Touche Turtle and Dum Dum: Mr. Robots | Warner Bros. Entertainment Inc. |
| RE0000505510 | Touche Turtle and Dum Dum: Touche At Bat | Warner Bros. Entertainment Inc. |
| RE0000505509 | Touche Turtle and Dum Dum: Billy The Cad | Warner Bros. Entertainment Inc. |
| RE0000505508 | Touche Turtle and Dum Dum: Dog Daze | Warner Bros. Entertainment Inc. |
| RE0000505507 | Touche Turtle and Dum Dum: Ant and Rave | Warner Bros. Entertainment Inc. |
| RE0000505506 | Touche Turtle and Dum Dum: Black Is The Knight | Warner Bros. Entertainment Inc. |
| RE0000505505 | Touche Turtle and Dum Dum: Dragon Along | Warner Bros. Entertainment Inc. |
| RE0000505504 | Touche Turtle and Dum Dum: Satellite Fright | Warner Bros. Entertainment Inc. |
| RE0000505503 | Touche Turtle and Dum Dum: Sheepy-Time Pal | Warner Bros. Entertainment Inc. |

# EXHIBIT "A"
## Copyright Registrations

| | | |
|---|---|---|
| RE0000505530 | Touche Turtle and Dum Dum: Hex Marks The Spot | Warner Bros. Entertainment Inc. |
| RE0000505529 | Touche Turtle and Dum Dum: Catch As Cat Can | Warner Bros. Entertainment Inc. |
| RE0000505528 | Touche Turtle and Dum Dum: Sea For Two | Warner Bros. Entertainment Inc. |
| RE0000505527 | Touche Turtle and Dum Dum: High Goon | Warner Bros. Entertainment Inc. |
| RE0000505526 | Touche Turtle and Dum Dum: Grandma Outlaw | Warner Bros. Entertainment Inc. |
| RE0000505525 | Touche Turtle and Dum Dum: Duel Control | Warner Bros. Entertainment Inc. |
| RE0000505531 | Touche Turtle and Dum Dum: Rapid Rabbit | Warner Bros. Entertainment Inc. |
| RE0000505524 | Touche Turtle and Dum Dum: Thumb Hero | Warner Bros. Entertainment Inc. |
| RE0000505523 | Touche Turtle and Dum Dum: Kat-napped | Warner Bros. Entertainment Inc. |
| RE0000505522 | Touche Turtle and Dum Dum: Romeo, Touche and Juliet | Warner Bros. Entertainment Inc. |
| RE0000505521 | Touche Turtle and Dum Dum: Big Bite, The | Warner Bros. Entertainment Inc. |
| RE0000505520 | Touche Turtle and Dum Dum: Flying Saucer Sorcerer | Warner Bros. Entertainment Inc. |
| RE0000505519 | Touche Turtle and Dum Dum: Aladdin's Lampoon | Warner Bros. Entertainment Inc. |
| RE0000505518 | Touche Turtle and Dum Dum: Haunting License | Warner Bros. Entertainment Inc. |
| RE0000505517 | Touche Turtle and Dum Dum: Phoney Phantom, The | Warner Bros. Entertainment Inc. |
| RE0000505516 | Touche Turtle and Dum Dum: Touche's Last Stand | Warner Bros. Entertainment Inc. |
| RE0000505515 | Touche Turtle and Dum Dum: Whale of a Tale | Warner Bros. Entertainment Inc. |
| RE0000505514 | Touche Turtle and Dum Dum: Chief Beef | Warner Bros. Entertainment Inc. |

# EXHIBIT "A"
## Copyright Registrations

| | | |
|---|---|---|
| RE0000505513 | Touche Turtle and Dum Dum: Like Wild, Man | Warner Bros. Entertainment Inc. |
| RE0000505512 | Touche Turtle and Dum Dum: Dum-de-dum-dum | Warner Bros. Entertainment Inc. |
| RE0000505511 | Touche Turtle and Dum Dum: Et tu, Touche? | Warner Bros. Entertainment Inc. |
| RE0000505489 | Touche Turtle and Dum Dum: Dragon Feat | Warner Bros. Entertainment Inc. |
| RE0000505488 | Touche Turtle and Dum Dum: Red Riding Hoodlum | Warner Bros. Entertainment Inc. |
| RE0000505487 | Touche Turtle and Dum Dum: Dough Nuts | Warner Bros. Entertainment Inc. |
| RE0000505492 | Touche Turtle and Dum Dum: Save the Last Trance For Me | Warner Bros. Entertainment Inc. |
| RE0000505491 | Touche Turtle and Dum Dum: Waterloo For Two | Warner Bros. Entertainment Inc. |
| RE0000505490 | Touche Turtle and Dum Dum: Robin Hoodlum | Warner Bros. Entertainment Inc. |
| RE0000505496 | Touche Turtle and Dum Dum: Shoe Must Go On, The | Warner Bros. Entertainment Inc. |
| RE0000505495 | Touche Turtle and Dum Dum: Quack Hero | Warner Bros. Entertainment Inc. |
| RE0000505494 | Touche Turtle and Dum Dum: Aliblabber and the forty theives | Warner Bros. Entertainment Inc. |
| RE0000505493 | Touche Turtle and Dum Dum: Out of this Whirl | Warner Bros. Entertainment Inc. |
| RE0000505499 | Touche Turtle and Dum Dum: Hero On The Half Shell | Warner Bros. Entertainment Inc. |
| RE0000505498 | Touche Turtle and Dum Dum: Tenderfoot Turtle | Warner Bros. Entertainment Inc. |
| RE0000505497 | Touche Turtle and Dum Dum: Peace & Riot | Warner Bros. Entertainment Inc. |
| RE0000399770 | Snagglepuss: Major Operation | Warner Bros. Entertainment Inc. |
| RE0000399877 | Snagglepuss: Fixed For Thought | Warner Bros. Entertainment Inc. |

# EXHIBIT "A"
## Copyright Registrations

| | | |
|---|---|---|
| RE0000399879 | Snagglepuss: Fraidy Cat Lion | Warner Bros. Entertainment Inc. |
| RE0000399880 | Snagglepuss: Lion's Share Sheriff | Warner Bros. Entertainment Inc. |
| RE0000399878 | Snagglepuss: Live and Lion | Warner Bros. Entertainment Inc. |
| RE0000399846 | Snagglepuss: Royal Ruckus | Warner Bros. Entertainment Inc. |
| RE0000399881 | Snagglepuss: Cagey Lion | Warner Bros. Entertainment Inc. |
| RE0000399882 | Snagglepuss: Charge That Lion | Warner Bros. Entertainment Inc. |
| RE0000399848 | Snagglepuss: Roaring Lion, The | Warner Bros. Entertainment Inc. |
| RE0000399849 | Snagglepuss: Paws for Applause | Warner Bros. Entertainment Inc. |
| RE0000399847 | Snagglepuss: Be My Ghost | Warner Bros. Entertainment Inc. |
| RE0000399852 | Snagglepuss: Having a Bowl | Warner Bros. Entertainment Inc. |
| RE0000399851 | Snagglepuss: Gangsters all here, The | Warner Bros. Entertainment Inc. |
| RE0000399850 | Snagglepuss: Knights and Daze | Warner Bros. Entertainment Inc. |
| RE0000399864 | Snagglepuss: Arrow Error | Warner Bros. Entertainment Inc. |
| RE0000399865 | Snagglepuss: Twice Shy | Warner Bros. Entertainment Inc. |
| RE0000399867 | Snagglepuss: Remember Your Lions | Warner Bros. Entertainment Inc. |
| RE0000399863 | Snagglepuss: Diaper Desparado | Warner Bros. Entertainment Inc. |
| RE0000399866 | Snagglepuss: Cloak and Stagger | Warner Bros. Entertainment Inc. |
| RE0000399825 | Snagglepuss: Jangled Jungle | Warner Bros. Entertainment Inc. |
| RE0000399869 | Snagglepuss: Express Trained Lion | Warner Bros. Entertainment Inc. |
| RE0000399868 | Snagglepuss: Remember The Daze | Warner Bros. Entertainment Inc. |
| RE0000399829 | Snagglepuss: Legal Eagle Lion | Warner Bros. Entertainment Inc. |
| RE0000399826 | Snagglepuss: Lion Tracks | Warner Bros. Entertainment Inc. |
| RE0000399827 | Snagglepuss: Fight Fright | Warner Bros. Entertainment Inc. |
| RE0000399828 | Snagglepuss: Spring Hits A Snag | Warner Bros. Entertainment Inc. |
| RE0000399831 | Snagglepuss: Tail Wag Snag | Warner Bros. Entertainment Inc. |
| RE0000399830 | Snagglepuss: Don't Know It Poet | Warner Bros. Entertainment Inc. |
| RE0000399893 | Snagglepuss: Royal Rodent | Warner Bros. Entertainment Inc. |

## EXHIBIT "A"
## Copyright Registrations

| | | |
|---|---|---|
| RE0000399890 | Snagglepuss: Rent and Rave | Warner Bros. Entertainment Inc. |
| RE0000399891 | Snagglepuss: Footlight Fright | Warner Bros. Entertainment Inc. |
| RE0000399892 | Snagglepuss: One, Two Many | Warner Bros. Entertainment Inc. |
| PA0000336224 | Shazzan: Living Island, The | Warner Bros. Entertainment Inc. |
| PA0000336224 | Shazzan: Master of the Thieves | Warner Bros. Entertainment Inc. |
| PA0000336566 | Shazzan: Valley of the Giants | Warner Bros. Entertainment Inc. |
| PA0000336566 | Shazzan: Black Sultan, The | Warner Bros. Entertainment Inc. |
| PA0000336565 | Shazzan: Underground World, The | Warner Bros. Entertainment Inc. |
| PA0000336565 | Shazzan: Demon In The Bottle | Warner Bros. Entertainment Inc. |
| PA0000336564 | Shazzan: Ring of Samarra | Warner Bros. Entertainment Inc. |
| PA0000336564 | Shazzan: City Of Brass | Warner Bros. Entertainment Inc. |
| PA0000336563 | Shazzan: Evil Jester of Masira, The | Warner Bros. Entertainment Inc. |
| PA0000336563 | Shazzan: Master Wizard of Mizwa, The | Warner Bros. Entertainment Inc. |
| PA0000336562 | Shazzan: City of the Tombs | Warner Bros. Entertainment Inc. |
| PA0000336562 | Shazzan: Demon in the Bottle Returns | Warner Bros. Entertainment Inc. |
| PA0000336561 | Shazzan: Sky Pirates of Bashenna, The | Warner Bros. Entertainment Inc. |
| PA0000336561 | Shazzan: Young Rajah of Kamura, The | Warner Bros. Entertainment Inc. |
| PA0000336560 | Shazzan: Forest of Fear, The | Warner Bros. Entertainment Inc. |
| PA0000336560 | Shazzan: Sorceress of the Mist | Warner Bros. Entertainment Inc. |
| PA0000336559 | Shazzan: Keys of the Zodiac | Warner Bros. Entertainment Inc. |
| PA0000336559 | Shazzan: Flaming Ruby, The | Warner Bros. Entertainment Inc. |
| PA0000336558 | Shazzan: Lord of the Shadows | Warner Bros. Entertainment Inc. |
| PA0000336558 | Shazzan: Diamond of El Raphir, The | Warner Bros. Entertainment Inc. |
| PA0000336557 | Shazzan: Land of Neverwas, The | Warner Bros. Entertainment Inc. |

# EXHIBIT "A"
## Copyright Registrations

| | | |
|---|---|---|
| PA0000336557 | Shazzan: Idol of Turaba, The | Warner Bros. Entertainment Inc. |
| PA0000336556 | Shazzan: Three Horsemen of Mandragora, The | Warner Bros. Entertainment Inc. |
| PA0000336556 | Shazzan: Thousand and One Tricks, A | Warner Bros. Entertainment Inc. |
| PA0000336555 | Shazzan: Baharuum, The Befuddled | Warner Bros. Entertainment Inc. |
| PA0000336555 | Shazzan: Circus of Zahran, The | Warner Bros. Entertainment Inc. |
| PA0000336592 | Shazzan: Mirage Maker, The | Warner Bros. Entertainment Inc. |
| PA0000336592 | Shazzan: Mysterio, The Mini-Magi | Warner Bros. Entertainment Inc. |
| PA0000336554 | Shazzan: Pound of Evil Magic, A | Warner Bros. Entertainment Inc. |
| PA0000336554 | Shazzan: Impossible Quest of Nazir, The | Warner Bros. Entertainment Inc. |
| PA0000336553 | Shazzan: Magical Kingdom of Centuria, The | Warner Bros. Entertainment Inc. |
| PA0000336553 | Shazzan: Maze of Mercuraad, The | Warner Bros. Entertainment Inc. |
| PA0000336552 | Shazzan: Quest for the Magic Lamp | Warner Bros. Entertainment Inc. |
| PA0000336552 | Shazzan: Nastrina of the Flames | Warner Bros. Entertainment Inc. |
| PA0000336551 | Shazzan: Raschid, The Apprentice Sorcerer | Warner Bros. Entertainment Inc. |
| PA0000336551 | Shazzan: Kahn of the North Wind | Warner Bros. Entertainment Inc. |
| PA0000178851 | Thundarr the Barbarian: Wizard Wars | Warner Bros. Entertainment Inc. |
| PA0000178862 | Thundarr the Barbarian: Fortress of Fear | Warner Bros. Entertainment Inc. |
| PA0000178863 | Thundarr the Barbarian: Island of the Body Snatchers | Warner Bros. Entertainment Inc. |
| PA0000178864 | Thundarr the Barbarian: City of Evil | Warner Bros. Entertainment Inc. |
| PA0000178865 | Thundarr the Barbarian: Last Train to Doomsday | Warner Bros. Entertainment Inc. |
| PA0000178866 | Thundarr the Barbarian: Master of the Stolen Sunsword | Warner Bros. Entertainment Inc. |
| PA0000178853 | Thundarr the Barbarian: Trial by Terror | Warner Bros. Entertainment Inc. |
| PA0000178867 | Thundarr the Barbarian: Prophecy of Peril | Warner Bros. Entertainment Inc. |

## EXHIBIT "A"
## Copyright Registrations

| | | |
|---|---|---|
| PA0000102372 | Thundarr the Barbarian: Secret of the Black Pearl | Warner Bros. Entertainment Inc. |
| PA0000102364 | Thundarr the Barbarian: Harvest of Doom | Warner Bros. Entertainment Inc. |
| PA0000102365 | Thundarr the Barbarian: Raiders of the Abyss | Warner Bros. Entertainment Inc. |
| PA0000102366 | Thundarr the Barbarian: Mindok the Mind Master | Warner Bros. Entertainment Inc. |
| PA0000102367 | Thundarr the Barbarian: Treasure of the Moks | Warner Bros. Entertainment Inc. |
| PA0000102368 | Thundarr the Barbarian: Brotherhood of Night | Warner Bros. Entertainment Inc. |
| PA0000102369 | Thundarr the Barbarian: Attack of the Amazon Women | Warner Bros. Entertainment Inc. |
| PA0000102370 | Thundarr the Barbarian: Challenge of the Wizards | Warner Bros. Entertainment Inc. |
| PA0000102371 | Thundarr the Barbarian: Valley of the Man-Apes | Warner Bros. Entertainment Inc. |
| PA0000102373 | Thundarr the Barbarian: Stalker from the Stars | Warner Bros. Entertainment Inc. |
| PA0000102374 | Thundarr the Barbarian: Battle of the Barbarians | Warner Bros. Entertainment Inc. |
| PA0000102375 | Thundarr the Barbarian: Portal Into Time | Warner Bros. Entertainment Inc. |
| PA0000102376 | Thundarr the Barbarian: Den of the Sleeping Demon | Warner Bros. Entertainment Inc. |